UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 1:26-cr-00282-MTK__ |
| v. | INFORMATION |
| ANNA MARIA BJORNSEN, | 18 U.S.C. § 641 |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

COUNT 1
(Theft of Government Funds)
(18 U.S.C. § 641)

From on or about June 1, 2021, and continuing through on or about May 31, 2025, in the District of Oregon, defendant **ANNA MARIA BJORNSEN** did willfully and knowingly steal and convert to her own use or the use of another, money of the Social Security Administration, a department and agency of the United States, in an amount exceeding $1,000, to wit: Social Security Title II retirement benefits having a value of approximately $101,020.00;

In violation of Title 18, United States Code, Section 641.

Dated: August 6, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*s/ Ethan G. Bodell*
ETHAN G. BODELL
Special Assistant United States Attorney

**Information**                                                                                                **Page 1**